WILLIAMSON v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by Frederick Williamson against the Press' Publishing Company. No opinion. Motion granted, with $10 costs.

In re WILSON'S ESTATE. (Supreme Court, Appellate Division, First Department. January 8, 1904.) In the matter of the estate of Mary A. Wilson, deceased. C. Steckler, for appellant. R. S. Ransom, for respondent.

PER CURIAM. Decree affirmed, with costs.

HATCH, J., dissents.

WINDSOR, Appellant, v. WINDSOR, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Almina J. Windsor against Frank P. Windsor. No opinion. Judgment affirmed, with costs.

WOOD, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Flora M. Wood against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., however, being in favor of reduction of the verdict.

WOODS MOTOR VEHICLE CO., Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by the Woods Motor Vehicle Company against James H. Brady. No opinion. Judgment affirmed, with costs. See 78 N. Y. Supp. 203.

WORTHINGTON et al., Respondents, v. HERRMANN, Appellant. HERRMANN, Appellant, v. WORTHINGTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Actions by Charles C. Worthington and Theodore F. Miller against Theodore L. Herrmann and by Theodore L. Herrmann against Charles C. Worthington and Theodore F. Miller.

PER CURIAM. Judgments affirmed, with costs, on the opinions of Hamilton Odell, Esq., referee. Orders granting extra allowances affirmed, without costs.

HOOKER, J., dissents.

In re YERKS' ESTATE. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) In the matter of the estate of John F. Yerks, deceased. No opinion. This case contains no stipulation as to the nature or form of the judgment to be rendered, and on account of this defect the proceeding must be dismissed, without costs on the authority of Marshall v. Hayward, 67 App. Div. 137, 73 N. Y. Supp. 592.

END OF CASES IN VOL. 85.